IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TY P. SCHOPP AND
ANNETTE SCHOPP                                                                                    PLAINTIFFS

V.                                                                         CIVIL ACTION NO. 3:18CV041-NBB-RP

ALLSTATE INSURANCE COMPANY                                                                DEFENDANT

## JUDGMENT

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant's motion for summary judgment is **GRANTED**. This case is hereby dismissed with prejudice and closed.

This 18th day of April, 2019.

                                                  /s/ Neal Biggers
                                                  NEAL B. BIGGERS, JR.
                                                  UNITED STATES DISTRICT JUDGE